[No. 10286-6-III. Division Three. January 31, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID R. CROWE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 89-1-00084-1, Jerry M. Moberg, J., entered September 22, 1989. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Thompson, J.

[No. 12944-2-II. Division Two. February 1, 1991.]

MICHAEL P. HANSEN, *Appellant,* v. SUSAN MARIE DAZEY, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-3-00548-3, Terence Hanley, J., entered May 3, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Morgan, JJ.

[No. 13161-7-II. Division Two. February 1, 1991.]

ELAINE J. BRYANT, *Appellant,* v. FREDERICK A. BRYANT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-2-00761-6, Leonard W. Kruse, J., entered July 21, 1989. *Reversed* by unpublished opinion per Worswick, C.J., concurred in by Alexander and Morgan, JJ.

[No. 25836-2-I. Division One. February 4, 1991.]

EDWARD F. McGUIRK, *Respondent,* v. JOHN L. SCOTT, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-21097-5, Robert E. Dixon, J., entered March 7, 1990. *Affirmed* by unpublished per curiam opinion.